IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:21-CR-260 |
| v. | |
| JAIRO AGUILERA SAGASTIZADO,, | Hon. Leonie M. Brinkema |
| MELVIN CANALES SALDANA, | Trial Date: January 8, 2024 |
| and | |
| MANILESTER ANDRADE RIVAS, | |
| *Defendants.* | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, John C. Blanchard and Maureen Cain, Assistant United States Attorneys, and Matthew K. Hoff, Department of Justice Trial Attorney, hereby submits its amended exhibit list for the January 8, 2024 trail of the three above-captioned defendants.

| EXHIBIT NO. | DESCRIPTION | ADMITTED/ NOT ADMITTED | PUBLISHED |
|---|---|---|---|
| **THE MURDERS OF M.B.L. AND J.G.M.** | | | |
| 1-1A, 1E | Aerial photographs of crime scene | | |
| 2-1D, 2-1F, 2-1I | Search Photographs | | |
| 3-1G | M.B.L. Autopsy Photograph | | |
| 4-1D | J.G.M. Autopsy Photograph | | |

| THE MURDER OF E.L.T. | | | |
|---|---|---|---|
| 5-1A to 5-1H | Aerial photographs of crime scene | | |
| 5-2 | Aerial video of crime scene | | |
| 6-1A to 6-1Z | Photographs of crime scene | | |
| 6-2A to 6-2D | Photographs of firearm | | |
| 6-2E | Glock 19 Handgun* | | |
| 6-2E1 | Test-Fired Cartridge Casing* | | |
| 6-2F to 6-2U | 9mm cartridge casings* | | |
| 6-2V to 6-2X | Bullet fragments* | | |
| 6-3A to 6-3C | Photographs of Personal Effects | | |
| 7-1A to 7-EE | Photographs of E.L.T. Autopsy | | |
| 7-2 | Certificate of Analysis E.L.T. dated September 24, 2019 | | |
| 7-3 | Death Scene Investigation Report E.L.T. dated August 29, 2019 | | |
| 7-4 | Gunshot Wound Chart E.L.T. | | |
| 7-5 | Report of Autopsy 1 E.L.T. dated November 25, 2019 | | |
| 7-6 | Report of Autopsy 2 E.L.T. dated July 11, 2023 | | |
| 7-7 | Report of Investigation E.L.T. dated November 25, 2019 | | |
| 7-8 | Gunshot Wound Chart 1 E.L.T. dated August 29, 2019 | | |
| 7-9 | Gunshot Wound Chart 2 E.L.T. dated August 29, 2019 | | |
| 7-10 to 7-14 | Bullet fragments from autopsy* | | |
| THE MURDER OF A.K.S. | | | |
| 8-1A to 8-1E | Aerial photographs of crime scene | | |
| 8-2 | Aerial video of crime scene | | |

| | | | |
|---|---|---|---|
| 8-3 | Aerial video of crime scene | | |
| 9-1A to 9-1V | Crime scene photographs | | |
| 9-1X to 9-1JJ | 40mm cartridge casings* | | |
| 9-1KK | Bullet* | | |
| 9-1LL | Bag with receipt* | | |
| 9-2A | Certificate of Authenticity dated September 27, 2019 | | |
| 9-2B | Disc containing redacted 9-11 call | | |
| 10-1A to 10-1V | A.K.S. autopsy photographs | | |
| 10-2 | Certificate of Analysis A.K.S. dated November 4, 2019 | | |
| 10-3 | Email Re Hospital Records A.K.S. dated December 26, 2019 | | |
| 10-4 | Gunshot Wound Chart A.K.S. dated September 24, 2019 | | |
| 10-5 | Report of Autopsy 1 A.K.S. dated September 24, 2019 | | |
| 10-6 | Report of Autopsy 2 A.K.S. dated September 24, 2019 | | |
| 10-7 | Report of Investigation A.K.S. dated December 23, 2019 | | |
| 10-8 | Gunshot Wound Chart A.K.S. dated September 24, 2019 | | |
| **FIREARM REPORTS** | | | |
| 11-2 | E.L.T. Firearms Report dated September 9, 2019 | | |
| 11-3 | E.L.T. Firearms Report August 5, 2020 | | |
| 11-4 | A.K.S. Firearms Report October 3, 2019 | | |
| 11-5 | A.K.S. Firearms Report October 10, 2019 | | |
| **11411 ESKRIDGES LN. CATLETT, VA SEARCH WARRANT** | | | |
| 12-1A to 12-1T | Photographs taken during the search of 11411 Eskridges Lane, Catlett, Virginia | | |
| 12-2 | Smith & Wesson firearm with magazine* | | |

| | | | |
|---|---|---|---|
| 12-3 | Short rifle* | | |
| 12-4 | .380 magazine* | | |
| 12-5 | Black magazine for firearm* | | |
| 12-6 | Six bags of white powder* | | |
| 12-7 | Black plastic bag with powder* | | |
| **NISSAN MAXIMA SEARCH WARRANT** | | | |
| 13-1A to 13-1L | Photographs taken during the search of Cristian Arevalo Arias' vehicle | | |
| **CANALES SALDANA ARREST** | | | |
| 14 | Disc containing video of arrest | | |
| **14011 BIG CREST LANE #306 WOODBRIDGE, VA SEARCH WARRANT** | | | |
| 16-1A to 16-1V | Photographs taken during the search of 14011 Big Crest Lane #306 Woodbridge, VA | | |
| 16-2 | 7 bags containing white powder* | | |
| 16-3 | Container with green baggies* | | |
| 16-4 | Digital scale* | | |
| 16-5 | Chemical Analysis Report for LIMS No. 2021-SFL3-06379 dated October 18, 2023 | | |
| **13681 KITTY HAWK WAY 401 WOODBRIDGE, VA SEARCH WARRANT** | | | |
| 17-3 | Cocaine* | | |
| 17-6 | Brown bag with white powder* | | |
| 17-9 | Three bags with white substance* | | |
| 17-11 | Notebooks and MS-13 Drawing* | | |

| WILMER CABRERA RIVERA PHONE - APPLE IPHONE 6 (IMEI 352014074254305) | | | |
|---|---|---|---|
| 19-1 | Apple iPhone 6, IMEI 3520140742543052* | | |
| 19-2 | Omitted | | |
| 19-3 | Device information for phone | | |
| 19-4 | User accounts report | | |
| 19-5 | Contacts report | | |
| 19-6A | Images report | | |
| 19-6B1 to 19-6B8 | Images from phone | | |
| **ABNER MOLINA RODRIGUEZ PHONE – SAMSUNG SM-J737T1 GALAXY J7 STAR (FACTORY NUMBER R58M142K6KX)** | | | |
| 20-1 | Samsung SM-J737T1 Galaxy J7 Star, Factory Number R58M142K6KX* | | |
| 20-2 | Omitted | | |
| 20-3 | Device information for phone | | |
| 20-4 | User accounts report | | |
| 20-5 | Contacts report | | |
| 20-6A | Images report | | |
| 20-6B1 to 20-6B29 | Images from phone | | |
| 20-7A | WhatsApp Conversation with "@c@@@" (50379456340@s.whatsapp.net) on 10/21/2019 | | |
| 20-7B | Disc containing audio files from WhatsApp Conversation with "@c@@@" (50379456340@s.whatsapp.net) on 10/21/2019 | | |
| 20-8A | WhatsApp Conversation with "S" (50378842356@s.whatsapp.net) on 08/31/2019 | | |
| 20-8B | Disc containing audio files from WhatsApp Conversation with "S" (50378842356@s.whatsapp.net) on 08/31/2019 | | |

| | | | |
|---|---|---|---|
| 20-8C1 to 20-8C6 | Pictures sent in WhatsApp Conversation with "S" (50378842356@s.whatsapp.net) on 08/31/2019 | | |
| 20-9A | WhatsApp Conversation with "S1" (50379079808@s.whatsapp.net) on 11/01/2019 | | |
| 20-10A | WhatsApp Conversation with "B@1" (50360319027@s.whatsapp.net) on 08/29/2019 | | |
| 20-10B | Disc containing audio files from WhatsApp Conversation with "B@1" (50360319027@s.whatsapp.net) on 08/29/2019 | | |
| 20-11A | WhatsApp Conversation with "@$B@@" (50379066775@s.whatsapp.net) from 09/11/2019 to 09/12/2019 | | |
| 20-11C1 to 20-11C3 | Pictures Sent in WhatsApp Conversation with "@$B@@" (50379066775@s.whatsapp.net) from 09/11/2019 to 09/12/2019 | | |
| 20-12A | WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) from 09/23/2019 to 09/24/2019 | | |
| 20-12B | Disc containing audio files from WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) from 09/23/2019 to 09/24/2019 | | |
| 20-13A | WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) on 09/26/2019) | | |
| 20-14A | WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) on 09/27/2019) | | |
| 20-14B | Disc containing audio files from WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) on 09/27/2019) | | |
| 20-15A | WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) on 09/28/2019 | | |
| 20-16A | WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) from 09/28/2019 to 09/29/2019 | | |

| | | | |
|---|---|---|---|
| 20-16B | Disc containing audio files from WhatsApp Conversation with "@D@@" (50379063945@s.whatsapp.net) from 09/28/2019 to 09/29/2019 | | |
| 20-17A | WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/06/2019 | | |
| 20-17B | Disc containing audio files from WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/06/2019 | | |
| 20-17C1 | Picture sent in WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/06/2019 | | |
| 20-18A | WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/15/2019 | | |
| 20-18B | Disc containing audio files from WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/15/2019 | | |
| 20-19A | WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/16/2019 | | |
| 20-19B | Disc containing audio files from WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) on 11/16/2019 | | |
| 20-20A | WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) from 11/18/2019 to 11/19/2019 | | |
| 20-20B | Disc containing audio files from WhatsApp Conversation with "A1@@@" (50379426132@s.whatsapp.net) from 11/18/2019 to 11/19/2019 | | |
| 20-21A | WhatsApp Conversation with Emmanuel (50373062787@s.whatsapp.net) from 9/1/19 | | |
| 20-21B | Disc containing audio files from WhatsApp Conversation with Emmanuel (50373062787@s.whatsapp.net) from 9/1/19 | | |

| CRISTIAN AREVALO ARIAS PHONE – SAMSUNG GALAXY A10, MODEL SM-A102U (RF8N10SSP9D) | | | |
|---|---|---|---|
| 21-1 | Samsung Galaxy A10, Model SM-A102U (RF8N10SSP9D)* | | |
| 21-2 | Omitted | | |
| 21-3 | Device Information | | |
| 21-4 | User accounts report | | |
| 21-5 | Contacts Report | | |
| 21-6A | Images Report | | |
| 21-6B1 to 21-6B32 | Images | | |
| 21-6C1 to 21-6C5 | Translations of Images | | |
| 21-7A | Notes Report | | |
| 21-8A | WhatsApp Conversation with "ANN SNOO W" (50372842104@s.whatsapp.net) on 04/30/2020 | | |
| 21-9A | WhatsApp Conversation with "ANN Oc1 W" (50372910323@s.whatsapp.net) on 04/30/2020 | | |
| 21-10A | WhatsApp Conversation with "Natt" (12029340681@s.whatsapp.net) from 04/30/2020 to 05/05/2020 | | |
| 21-11A | WhatsApp Conversation with "ANN AvE W" (15043997529@s.whatsapp.net) on 04/30/2020 | | |
| 21-12A | WhatsApp Conversation with "ANN Bon W" (50376766474@s.whatsapp.net) on 04/30/2020 | | |
| 21-13A | WhatsApp Conversation with "Key" (15713839810@s.whatsapp.net) on 05/01/2020 | | |
| 21-14A | WhatsApp Conversation with "ANN Izac WP" (19174590292@s.whatsapp.net) on 05/03/2020 | | |
| 21-15A | WhatsApp Conversation with "Key" (15713839810@s.whatsapp.net) from 05/06/2020 to 05/07/2020 | | |

| | | | |
|---|---|---|---|
| 21-16A | WhatsApp Conversation with "ANN Grey W" (50376498945@s.whatsapp.net) from 05/07/2020 to 05/08/2020 | | |
| 21-17A | Disc containing video | | |
| 21-17B | Disc containing video | | |
| **MELVIN CANALES SALDANA PHONE – SAMSUNG GALAXY A10, MODEL SM-A102U (IMEI 356273104322147)** | | | |
| 22-1 | Samsung Galaxy A10, Model SM-A102U (IMEI 356273104322147)* | | |
| 22-2 | Omitted | | |
| 22-3 | Device Information | | |
| 22-4 | User accounts report | | |
| 22-5 | Contacts Report | | |
| 22-6A | Images Report | | |
| 22-6B1 to 22-6B21 | Images | | |
| 22-7A | WhatsApp Conversation with 50373364911@s.whatsapp.net on 05/07/2020 | | |
| 22-7B | Disc containing audio files from WhatsApp Conversation with 50373364911@s.whatsapp.net on 05/07/2020 | | |
| **MELVIN CANALES SALDANA – APPLE IPHONE X, MODEL A1865 (SERIAL NUMBER G6TWRM73JCLF)** | | | |
| 23-1 | Apple iPhone X, Model A1865 (Serial Number G6TWRM73JCLF)* | | |
| 23-2 | Omitted | | |
| 23-3 | Device Information | | |
| 23-4 | User accounts report | | |
| 23-5 | Contacts Report | | |
| 23-6A | Images Report | | |
| 23-6B1 to 23-6B41 | Images | | |

| | | | |
|---|---|---|---|
| 23-7A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 5/15/2019 | | |
| 23-7B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 5/15/2019 | | |
| 23-8A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 05/20/2019 | | |
| 23-8B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 05/20/2019 | | |
| 23-9A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 05/20/2019 | | |
| 23-9B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 05/20/2019 | | |
| 23-10A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/05/2019 | | |
| 23-10B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/05/2019 | | |
| 23-10C1 | Picture Sent in WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/05/2019 | | |
| 23-11A | WhatsApp Conversation with 50379129921@s.whatsapp.net from 06/10/2019 to 06/12/2019 | | |
| 23-11B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net from 06/10/2019 to 06/12/2019 | | |
| 23-12A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/19/2019 | | |
| 23-12B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/19/2019 | | |

| | | | |
|---|---|---|---|
| 23-13A | WhatsApp Conversation with 50379129921@s.whatsapp.net from 06/19/2019 to 06/20/2019 | | |
| 23-13B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net from 06/19/2019 to 06/20/2019 | | |
| 23-13C1 | Picture Sent in WhatsApp Conversation with 50379129921@s.whatsapp.net from 06/19/2019 to 06/20/2019 | | |
| 23-14A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/20/2019 | | |
| 23-14B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/20/2019 | | |
| 23-15A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/21/2019 | | |
| 23-15B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/21/2019 | | |
| 23-16A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/25/2019 | | |
| 23-16B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/25/2019 | | |
| 23-16C1 | Picture Sent in WhatsApp Conversation with 50379129921@s.whatsapp.net on 06/25/2019 | | |
| 23-17A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 07/09/2019 | | |
| 23-17B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 07/09/2019 | | |
| 23-18A | WhatsApp Conversation with 50379129921@s.whatsapp.net from 07/26/2019 to 07/28/2019 | | |

11

| | | | |
|---|---|---|---|
| 23-18B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net from 07/26/2019 to 07/28/2019 | | |
| 23-19A | WhatsApp Conversation with 50379129921@s.whatsapp.net on 08/02/2019 | | |
| 23-19B | Disc containing audio files from WhatsApp Conversation with 50379129921@s.whatsapp.net on 08/02/2019 | | |
| 23-20A | WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/11/2019 to 09/12/2019 | | |
| 23-20B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/11/2019 to 09/12/2019 | | |
| 23-21A | WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/15/2019 | | |
| 23-21B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/15/2019 | | |
| 23-22A | WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/17/2020 to 09/18/2020 | | |
| 23-22B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/17/2020 to 09/18/2020 | | |
| 23-23A | WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/18/2019 | | |
| 23-23B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/18/2019 | | |
| 23-24A | WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/19/2019 | | |
| 23-24B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/19/2019 | | |

| | | | |
|---|---|---|---|
| 23-25A | WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/20/2019 | | |
| 23-25B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net on 09/20/2019 | | |
| 23-26A | WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/23/2019 to 09/24/2019 | | |
| 23-26B | Disc containing audio files from WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/23/2019 to 09/24/2019 | | |
| 23-26C1 | Picture Sent in WhatsApp Conversation with 50379456340@s.whatsapp.net from 09/23/2019 to 09/24/2019 | | |
| 23-27A | WhatsApp Conversation with 50370126912@s.whatsapp.net from 09/20/2019 to 09/24/2019 | | |
| 23-27B | Disc containing audio files from WhatsApp Conversation with 50370126912@s.whatsapp.net from 09/20/2019 to 09/24/2019 | | |
| 23-28A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/14/2019 | | |
| 23-28B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/14/2019 | | |
| 23-28C1 to 23-28C2 | Pictures Sent in WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/14/2019 | | |
| 23-29A | WhatsApp Conversation with 50379449859@s.whatsapp.net from 05/16/2019 to 05/17/2019 | | |
| 23-29B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net from 05/16/2019 to 05/17/2019 | | |
| 23-30A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/20/2019 | | |

| | | | |
|---|---|---|---|
| 23-30B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/20/2019 | | |
| 23-31A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/21/2019 | | |
| 23-31B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/21/2019 | | |
| 23-32A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/22/2019 | | |
| 23-33A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/23/2019 | | |
| 23-33B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/23/2019 | | |
| 23-34A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/28/2019 | | |
| 23-34B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/28/2019 | | |
| 23-34C1 | Picture Sent in WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/28/2019 | | |
| 23-35A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/29/2019 | | |
| 23-35B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/29/2019 | | |
| 23-35C1 | Picture Sent in WhatsApp Conversation with 50379449859@s.whatsapp.net on 05/29/2019 | | |
| 23-36A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 06/21/2019 | | |

| | | | |
|---|---|---|---|
| 23-36B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 06/21/2019 | | |
| 23-37A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 06/23/2019 | | |
| 23-37B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 06/23/2019 | | |
| 23-38A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 07/04/2019 | | |
| 23-38B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 07/04/2019 | | |
| 23-39A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 07/27/2019 | | |
| 23-39B | Disc containing audio files from WhatsApp Conversation with 50379449859@s.whatsapp.net on 07/27/2019 | | |
| 23-40A | WhatsApp Conversation with 50379449859@s.whatsapp.net on 07/30/2019 | | |
| 23-40C1 | Picture Sent in WhatsApp Conversation with 50379449859@s.whatsapp.net on 07/30/2019 | | |
| 23-41A | WhatsApp Conversation with 50379114829@s.whatsapp.net on 11/23/2019 | | |
| 23-42A | WhatsApp Conversation with 50379114829@s.whatsapp.net from 11/24/2019 to 11/26/2019 | | |
| 23-42B | Disc containing audio files from WhatsApp Conversation with 50379114829@s.whatsapp.net from 11/24/2019 to 11/26/2019 | | |
| 23-42C1 to 23-42C6 | Pictures Sent in WhatsApp Conversation with 50379114829@s.whatsapp.net from 11/24/2019 to 11/26/2019 | | |

| | | | |
|---|---|---|---|
| 23-43A | WhatsApp Conversation with 50379114829@s.whatsapp.net from 11/28/2019 to 11/29/2019 | | |
| 23-43B | Disc containing audio files from WhatsApp Conversation with 50379114829@s.whatsapp.net from 11/28/2019 to 11/29/2019 | | |
| 23-43C1 | Picture Sent in WhatsApp Conversation with 50379114829@s.whatsapp.net from 11/28/2019 to 11/29/2019 | | |
| 23-44A | WhatsApp Conversation with 50360318469@s.whatsapp.net from 08/10/2019 to 08/11/2019 | | |
| 23-44B | Disc containing audio files from WhatsApp Conversation with 50360318469@s.whatsapp.net from 08/10/2019 to 08/11/2019 | | |
| 23-44C1 to 23-44C4 | Pictures Sent in WhatsApp Conversation with 50360318469@s.whatsapp.net from 08/10/2019 to 08/11/2019 | | |
| 23-45A | WhatsApp Conversation with 50360318469@s.whatsapp.net on 08/29/2019 | | |
| 23-45B | Disc containing audio files from WhatsApp Conversation with 50360318469@s.whatsapp.net on 08/29/2019 | | |
| 23-46A | WhatsApp Conversation with 50377229903@s.whatsapp.net on 08/30/2019 | | |
| 23-46B | Disc containing audio files from WhatsApp Conversation with 50377229903@s.whatsapp.net on 08/30/2019 | | |
| 23-47A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/03/2019 | | |
| 23-48A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/05/2019 | | |
| 23-49A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |

| | | | |
|---|---|---|---|
| 23-49B | Disc containing audio files from WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |
| 23-50A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |
| 23-50B | Disc containing audio files from WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |
| 23-51A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |
| 23-51B | Disc containing audio files from WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |
| 23-51C1 to 23-51C3 | Pictures Sent in WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/15/2019 | | |
| 23-52A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/29/2019 | | |
| 23-52B | Disc containing audio files from WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/29/2019 | | |
| 23-53A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/30/2019 | | |
| 23-53B | Disc containing audio files from WhatsApp Conversation with 50379067911@s.whatsapp.net on 05/30/2019 | | |
| 23-54A | WhatsApp Conversation with 50379067911@s.whatsapp.net on 06/22/2019 | | |
| 23-55A | WhatsApp Conversation with 50376780591@s.whatsapp.net on 06/23/2019 | | |
| 23-55B | Disc containing audio files from WhatsApp Conversation with 50376780591@s.whatsapp.net on 06/23/2019 | | |

| | | | |
|---|---|---|---|
| 23-56A | WhatsApp Conversation with 50376780591@s.whatsapp.net on 06/28/2019 | | |
| 23-56B | Disc containing audio files from WhatsApp Conversation with 50376780591@s.whatsapp.net on 06/28/2019 | | |
| 23-57A | WhatsApp Conversation with 50379431976@s.whatsapp.net from 09/26/2019 to 09/27/2019 | | |
| 23-57B | Disc containing audio files from WhatsApp Conversation with 50379431976@s.whatsapp.net from 09/26/2019 to 09/27/2019 | | |
| 23-58A | WhatsApp Conversation with 50360319027@s.whatsapp.net on 08/13/2019 | | |
| 23-59A | WhatsApp Conversation with 50360319027@s.whatsapp.net on 08/28/2019 | | |
| 23-59B | Disc containing audio files from WhatsApp Conversation with 50360319027@s.whatsapp.net on 08/28/2019 | | |
| 23-60A | WhatsApp Conversation with 50360319027@s.whatsapp.net on 08/29/2019 | | |
| 23-61A | WhatsApp Conversation with 50375341727@s.whatsapp.net on 05/04/2019 | | |
| 23-61B | Disc containing audio files from WhatsApp Conversation with 50375341727@s.whatsapp.net on 05/04/2019 | | |
| 23-62A | WhatsApp Conversation with 50360318798@s.whatsapp.net on 08/11/2019 | | |
| 23-62B | Disc containing audio files from WhatsApp Conversation with 50360318798@s.whatsapp.net on 08/11/2019 | | |
| 23-63A | WhatsApp Conversation with 50360318798@s.whatsapp.net from 08/17/2019 to 8/18/2019 | | |

| | | | |
|---|---|---|---|
| 23-63B | Disc containing audio files from WhatsApp Conversation with 50360318798@s.whatsapp.net from 08/17/2019 to 8/18/2019 | | |
| 23-63C1 to 23-63C2 | Pictures Sent in WhatsApp Conversation with 50360318798@s.whatsapp.net from 08/17/2019 to 8/18/2019 | | |
| 23-64A | WhatsApp Conversation with 50360318798@s.whatsapp.net on 08/29/2019 | | |
| 23-64B | Disc containing audio files from WhatsApp Conversation with 50360318798@s.whatsapp.net on 08/29/2019 | | |
| 23-65A | WhatsApp Conversation with 50360318798@s.whatsapp.net from 08/30/2019 to 09/04/2019 | | |
| 23-65B | Disc containing audio files from WhatsApp Conversation with 50360318798@s.whatsapp.net from 08/30/2019 to 09/04/2019 | | |
| 23-65C1 to 23-65C2 | Pictures Sent in WhatsApp Conversation with 50360318798@s.whatsapp.net from 08/30/2019 to 09/04/2019 | | |
| 23-66A | WhatsApp Conversation with 50360318798@s.whatsapp.net on 09/05/2019 | | |
| 23-66B | Disc containing audio files from WhatsApp Conversation with 50360318798@s.whatsapp.net on 09/05/2019 | | |
| 23-67A | WhatsApp Conversation with 50360318798@s.whatsapp.net from 09/09/2019 to 09/11/2019 | | |
| 26-67B | Disc containing audio files from WhatsApp Conversation with 50360318798@s.whatsapp.net from 09/09/2019 to 09/11/2019 | | |
| 23-68A | WhatsApp Conversation with 17039363192@s.whatsapp.net from 05/31/2019 to 06/01/2019 | | |
| 23-68B | Disc containing audio files from WhatsApp Conversation with 17039363192@s.whatsapp.net from 05/31/2019 to 06/01/2019 | | |

| | | | |
|---|---|---|---|
| 23-69A | WhatsApp Conversation with 17039363192@s.whatsapp.net on 06/06/2019 | | |
| 23-69B | Disc containing audio files from WhatsApp Conversation with 17039363192@s.whatsapp.net on 06/06/2019 | | |
| 23-70A | WhatsApp Conversation with 17039363192@s.whatsapp.net on 06/09/2019 | | |
| 23-70B | Disc containing audio files from WhatsApp Conversation with 17039363192@s.whatsapp.net on 06/09/2019 | | |
| 23-71A | WhatsApp Conversation with 17039363192@s.whatsapp.net on 06/09/2019 | | |
| 23-71B | Disc containing audio files from WhatsApp Conversation with 17039363192@s.whatsapp.net on 06/09/2019 | | |
| 23-72A | WhatsApp Conversation with 50378915645@s.whatsapp.net from 10/31/2019 to 11/01/2019 | | |
| 23-72B | Disc containing audio files from WhatsApp Conversation with 50378915645@s.whatsapp.net from 10/31/2019 to 11/01/2019 | | |
| 23-73A | WhatsApp Conversation with 50378915645@s.whatsapp.net on 11/23/2019 | | |
| 23-73B | Disc containing audio files from WhatsApp Conversation with 50378915645@s.whatsapp.net on 11/23/2019 | | |
| 23-74A | WhatsApp Conversation with 50370843292@s.whatsapp.net from 06/19/2019 to 07/01/2019 | | |
| 23-74B | Disc containing audio files from WhatsApp Conversation with 50370843292@s.whatsapp.net from 06/19/2019 to 07/01/2019 | | |
| 23-74C1 | Picture forwarded in WhatsApp Conversation with 50370843292@s.whatsapp.net on 06/21/2019 | | |

| | | | |
|---|---|---|---|
| 23-75A | Zello Conversation with "Jorg3 martin3" on 08/29/2019 | | |
| 23-76A | WhatsApp Conversation with 50379458735@s.whatsapp.net on 09/11/2019 | | |
| 23-76B | Disc containing audio files from WhatsApp Conversation with 50379458735@s.whatsapp.net on 09/11/2019 | | |
| 23-77A | WhatsApp Conversation with 50379458735@s.whatsapp.net from 10/08/2019 to 10/09/2019 | | |
| 23-77B | Disc containing audio files from WhatsApp Conversation with 50379458735@s.whatsapp.net from 10/08/2019 to 10/09/2019 | | |
| 23-77C1 | Picture forwarded in WhatsApp Conversation with 50379458735@s.whatsapp.net on 10/08/2019 | | |
| 23-78A | WhatsApp Conversation with 50379458735@s.whatsapp.net from 10/10/2019 to 10/11/2019 | | |
| 23-78B | Disc containing audio files from WhatsApp Conversation with 50379458735@s.whatsapp.net from 10/10/2019 to 10/11/2019 | | |
| 23-78C1 to 23-78C3 | Pictures sent in WhatsApp Conversation with 50379458735@s.whatsapp.net from 10/10/2019 to 10/11/2019 | | |
| 23-79A | Video Report | | |
| 23-80A | Disc Containing Video of Mario Guevara Rivera After Being Beaten | | |
| 23-80B | Disc Containing Video of Melvin Canales Saldana and Mario Guevara Rivera Beating Female | | |
| 23-80C | Disc Containing Video of Wilmer Cabrera Rivera | | |
| 23-80D | Disc Containing Video of Mario Guevara Rivera, N.W., Manilester Andrade Rivas | | |
| 23-80E | Disc Containing Video of Jairo Aguilera Sagastizado | | |
| 23-80F | Disc Containing Video of Notebook | | |

| | | | |
|---|---|---|---|
| 23-80F1 | Translation of 23-80F Notebook Page | | |
| **MARIO GUEVARA RIVERA PHONE – APPLE IPHONE 8 PLUS, MODEL A1864, (IMEI 356710085004780)** | | | |
| 25-1 | Apple iPhone 8 plus, Model A1864, IMEI 356710085004780* | | |
| 25-2 | Omitted | | |
| 25-3 | Device Information | | |
| 25-4 | User accounts report | | |
| 25-5 | Contacts Report | | |
| 25-6A | Images Report | | |
| 25-6B1 to 25-6B16 | Images | | |
| 25-7A | WhatsApp Conversation with "Joker, Dereck" (50379005295@s.whatsapp.net) from 12/29/2017 to 12/30/2017 | | |
| 25-8A | WhatsApp Conversation with "Dereck" (50375673886@s.whatsapp.net) from 02/19/2018 to 02/21/2018 | | |
| 25-8B | Disc containing audio files from WhatsApp Conversation with "Dereck" (50375673886@s.whatsapp.net) from 02/19/2018 to 02/21/2018 | | |
| 25-9A | WhatsApp Conversation with "Jc" (50377342130@s.whatsapp.net) on 12/29/2017 | | |
| 25-10A | WhatsApp Conversation with "--- ---------- ----- , J, abnermolina112, , Ro" (13013886676@s.whatsapp.net) on 12/29/2017 | | |
| 25-11A | WhatsApp Conversation with "--- ---------- ----- , J, abnermolina112, , Ro" (13013886676@s.whatsapp.net) on 12/17/2017 | | |
| 25-11C1 | Picture Sent in WhatsApp Conversation with "--- --------------- , J, abnermolina112, , Ro" (13013886676@s.whatsapp.net) on 12/17/2017 | | |
| 25-12A | WhatsApp Conversation with "A1" (50373690979@s.whatsapp.net) on 03/25/2019 | | |

| | | | |
|---|---|---|---|
| 25-12B | Disc containing audio files from WhatsApp Conversation with "A1" (50373690979@s.whatsapp.net) on 03/25/2019 | | |
| 25-12C1 | Picture Sent in WhatsApp Conversation with "A1" (50373690979@s.whatsapp.net) on 03/25/2019 | | |
| 25-13A | WhatsApp Conversation with "A1" (50373690979@s.whatsapp.net) from 03/29/2019 to 03/30/2019 | | |
| 25-13B | Disc containing audio files from WhatsApp Conversation with "A1" (50373690979@s.whatsapp.net) from 03/29/2019 to 03/30/2019 | | |
| 25-14A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) from 05/05/2019 to 05/06/2019 | | |
| 25-15A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) on 05/07/2019 | | |
| 25-16A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) on 05/19/2019 | | |
| 25-17A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) on 05/21/2019 | | |
| 25-18A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) from 05/23/2019 to 05/24/2019 | | |
| 25-18B | Disc containing audio files from WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) from 05/23/2019 to 05/24/2019 | | |
| 25-19A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) on 06/13/2019 | | |
| 25-20A | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) on 06/17/2019 | | |
| 25-20B | Disc containing audio files from WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) on 06/17/2019 | | |

23

| | | | |
|---|---|---|---|
| 25-21A | WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/08/2019 | | |
| 25-21B | Disc containing audio files from WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/08/2019 | | |
| 25-21C1 | Picture sent in WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/08/2019 | | |
| 25-22A | WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/10/2019 | | |
| 25-22B | Disc containing audio files from WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/10/2019 | | |
| 25-23A | WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/11/2019 | | |
| 25-23B | Disc containing audio files from WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/11/2019 | | |
| 25-24A | WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/13/2019 | | |
| 25-24B | Disc containing audio files from WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) on 06/13/2019 | | |
| 25-25A | WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) from 06/16/2019 to 06/17/2019 | | |
| 25-25B | Disc containing audio files from WhatsApp Conversation with "OculNumero" (17039363192@s.whatsapp.net) from 06/16/2019 to 06/17/2019 | | |

24

| | | | |
|---|---|---|---|
| 25-26A | WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 05/05/2019 | | |
| 25-26C1 | Picture Sent in WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 05/05/2019 | | |
| 25-27A | WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 05/15/2019 | | |
| 25-27B | Disc containing audio files from WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 05/15/2019 | | |
| 25-28A | WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) from 06/08/2019 to 06/09/2019 | | |
| 25-28B | Disc containing audio files from WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) from 06/08/2019 to 06/09/2019 | | |
| 25-28C1 to 25-28C2 | Pictures Sent in WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) from 06/08/2019 to 06/09/2019 | | |
| 25-29A | WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 06/09/2019 | | |
| 25-29C1 to 25-29C5 | Pictures Sent in WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 06/09/2019 | | |
| 25-30A | WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 06/22/2019 | | |
| 25-30B | Disc containing audio files from WhatsApp Conversation with "Aaa1" (50375341727@s.whatsapp.net) on 06/22/2019 | | |
| 25-31A | WhatsApp Group Conversation on 12/10/17 | | |
| 25-32A | WhatsApp Group Conversation on 12/13/17 | | |

| | | | |
|---|---|---|---|
| 25-32B | Disc Containing WhatsApp Group Conversation on 12/13/17 | | |
| 25-33A | WhatsApp Group Conversation on 12/17/17 | | |
| 25-33B | Disc Containing WhatsApp Group Conversation on 12/17/17 | | |
| 25-34A | WhatsApp Conversation with "W1 Whatsapp" (50376788514@s.whatsapp.net) on 03/11/2019 | | |
| 25-34B | Disc Containing WhatsApp Conversation with "W1 Whatsapp" (50376788514@s.whatsapp.net) on 03/11/2019 | | |
| 25-35 | Picture of Demon | | |
| 25-36A | Disc Containing Video of Wilmer Cabrera Rivera, Melvin Canales Saldana, and Jairo Aguilera Sagastizado | | |
| 25-36B | Disc Containing Video of Manilester Andrade Rivas and Mario Guevara Rivera Beating Walter Rubio Lemus | | |
| 25-36C | Disc Containing Video of Mario Guevara Rivera and Melvin Canales Saldana | | |
| 25-36D | Disc Containing Video of Wilmer Cabrera Rivera | | |
| 26-36E | Disc Containing Video of Juan Vasquez Reyes | | |
| 25-36F | Disc Containing Video of Bruised Legs | | |
| 25-37 | WhatsApp Conversation with "S1" (50375364056@s.whatsapp.net) | | |
| **MARIO GUEVARA RIVERA PHONE – SAMSUNG GALAXY S10+, MODEL SM-G975U (IMEI 352695101257641)** | | | |
| 26-1 | Samsung Galaxy S10+, Model SM-G975u (IMEI 352695101257641) * | | |
| 26-2 | Omitted | | |
| 26-3 | Device Information | | |
| 26-4 | User accounts report | | |
| 26-5 | Contacts Report | | |
| 26-7 | Notes Report | | |

| | | | |
|---|---|---|---|
| 26-8A | WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) from 06/23/2019 to 06/24/2019 | | |
| 26-8B | Disc containing audio files from WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) from 06/23/2019 to 06/24/2019 | | |
| 26-9A | WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) on 06/24/2019 | | |
| 26-9B | Disc containing audio files from WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) on 06/24/2019 | | |
| 26-10A | WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) from 06/25/2019 to 06/27/2019 | | |
| 26-10B | Disc containing audio files from WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) from 06/25/2019 to 06/27/2019 | | |
| 26-11A | WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) on 06/29/2019 | | |
| 26-11B | Disc containing audio files from WhatsApp Conversation with "A1" (50375341727@s.whatsapp.net) on 06/29/2019 | | |
| 26-12A | WhatsApp Conversation with "Serio" (12402412996@s.whatsapp.net) on 06/24/2019 | | |
| 26-12B | Disc containing audio files from WhatsApp Conversation with "Serio" (12402412996@s.whatsapp.net) on 06/24/2019 | | |
| 26-12C1 to 26-12C2 | Pictures Sent inWhatsApp Conversation with "Serio" (12402412996@s.whatsapp.net) on 06/24/2019 | | |
| 26-13A | WhatsApp Conversation with "Okul1" (12025174250@s.whatsapp.net) from 06/24/2019 to 06/25/2019 | | |
| 26-14A | WhatsApp Conversation with "Wero" (15713680662@s.whatsapp.net) on 06/27/2019 | | |

| | | | |
|---|---|---|---|
| 26-15A | WhatsApp Conversation with "M1" (50379449859@s.whatsapp.net) on 06/24/2019 | | |
| 26-16A | WhatsApp Conversation with "M1" (50379449859@s.whatsapp.net) on 06/24/2019 | | |
| **MARIO GUEVARA RIVERA PHONE – APPLE IPHONE XR (SERIAL NO. F71Z50N3KXKN)** | | | |
| 27-1 | Apple iPhone, Model A1984* | | |
| 27-2 | Omitted | | |
| 27-3 | Device Information | | |
| 27-4 | User accounts report | | |
| 27-5 | Contacts Report | | |
| 27-6A | Image Report | | |
| 27-6B1 to 27-6B5 | Images from Phone | | |
| **MARVIN MENJIVAR GUTIERREZ PHONE – SAMSUNG AM-A305G, MODEL SM-A305G (FACTORY NUMBER R58M720SPVT)** | | | |
| 28-1 | Samsung AM-A305G, Model SM-A305G (Factory Number R58M720SPVT)* | | |
| 28-2 | Omitted | | |
| 28-3 | Device Information | | |
| 28-4 | User accounts report | | |
| 28-5 | Contacts Report | | |
| 28-6A | Image Report | | |
| 28-6B1 to 28-6B29 | Images from Phone | | |
| 28-6C1 to 28-6C3 | Translations of Images | | |
| 28-7 | Email from Wells Fargo Online to angel13cortez1990@gmail.com dated 8/17/2020 | | |
| 28-8 | Disc Containing Video of Mario Guevara Rivera | | |

| | | | |
|---|---|---|---|
| **MANILESTER ANDRADE RIVAS PHONE – SAMSUNG GALAXY J2, MODEL SM-J260T1 (FACTORY NUMBER RF8MA1XG4RB)** | | | |
| 29-1 | Samsung Galaxy J2, Model SM-J260T1 (Factory Number RF8MA1XG4RB)* | | |
| 29-2 | Omitted | | |
| 29-3 | Device Information | | |
| 29-4 | User accounts report | | |
| 29-5 | Contacts Report | | |
| **KAREN FIGUEROA ALFARO PHONE – APPLE IPHONE XS MAX (SN F2LZ56NHKPHJ)** | | | |
| 30-1 | Apple iPhone XS Max (SN F2LZ56NHKPHJ)* | | |
| 30-2 | Omitted | | |
| 30-6A | Image Report | | |
| 30-6B1 to 30-6B5 | Images from Phone | | |
| **KEYLY GUZMAN PHONE – APPLE IPHONE 11 (IMEI 356426109512951)** | | | |
| 31-1 | Apple iPhone 11 (IMEI 356426109512951)* | | |
| 31-2 | Omitted | | |
| 31-3 | Device information for phone | | |
| 31-4 | User account report | | |
| 31-5A | Image Report | | |
| 31-5B1 to 31-5B12 | Images from Phone | | |
| 31-6A | Disc Containing Video of Individual with Bruising | | |
| 31-6B | Disc Containing of Video of Keyly Guzman and Mario Guevara Rivera | | |
| 31-6C | Disc Containing Video of Mario Guevara Rivera (MS-13 Rap) | | |
| 31-6D | Disc Containing Video of Mario Guevara Rivera Receiving Nike Cortez | | |
| 31-6E | Disc Containing Video of Marvin Menjivar Guttierez and Mario Guevara Rivera | | |

| | | | |
|---|---|---|---|
| 31-6F | Disc Containing Video of Jairo Aguilera Sagastizado and Mario Guevara Rivera | | |
| 31-7 | Extraction report | | |
| 31-8A | WhatsApp Conversation with "Maruchan" (50376737870@s.whatsapp.net) from 08/07/2020 to 08/16/2020 | | |
| 31-8B | Disc Containing WhatsApp Conversation with "Maruchan" (50376737870@s.whatsapp.net) from 08/07/2020 to 08/16/2020 | | |
| 31-8C1 | Image from phone | | |
| **GUEVARA AND AGUILERA NEW YORK ARREST** | | | |
| 33-1A to 33-1B | Photographs of driver license and car insurance registration | | |
| **FACEBOOK ACCOUNT 100009919898137 (ANTONIO GUZMAN)** | | | |
| 36-1 | Certificate of Authenticity dated March 16, 2020 | | |
| 36-2 | Facebook subscriber information for Antonio Guzman | | |
| 36-3 | Facebook friends list | | |
| 36-4 | MS-13 Gang Information | | |
| 36-5 | Picture of Cristian Arevalo Arias | | |
| 36-6A | Pages 3297-3300 | | |
| 36-6B | Audio Files from Conversation with "Ángel Rodriguez" on 06/22/2019 | | |
| **FACEBOOK ACCOUNT 100006174137595 (JUNIOR MOLINA)** | | | |
| 37-1 | Certificate of Authenticity dated June 23, 2022 | | |
| 37-2 | Facebook subscriber information for Junior Molina | | |
| 37-3 | Facebook friends list | | |
| 37-4 | Blocked list | | |
| 37-5 | Location history | | |

| 37-6 | Posts in "Ventas Locales DC, MD, y VA" | | |
|------|------|------|------|
| 37-7 | Page 1672 (Firearm and Ammo List) | | |
| 37-8 | Conversation with "Guzmán Antonio" May 2019 | | |
| 37-9 | Omitted | | |
| 37-10 | Conversation with "Angel Arias" September 2019 | | |
| 37-11 | Western Union Receipt | | |
| 37-12 | Picture of Abner Molina Rodriguez with Bruising | | |
| **FACEBOOK ACCOUNT 100031256927507 (ANGEL ARIAS)** | | | |
| 38-1 | Certificate of Authenticity dated June 23, 2022 | | |
| 38-2 | Facebook subscriber information for Angel Arias | | |
| 38-3 | Friends list | | |
| 38-4 | Blocked list | | |
| 38-5 | Group list | | |
| 38-6 | Picture of Arevalo | | |
| 38-7 | Picture of Arevalo | | |
| 38-8 | Picture of Arevalo | | |
| 38-9 | Picture of Arevalo | | |
| 38-10 | Picture of Arevalo throwing gang sign | | |
| 38-11 | Picture of Arevalo | | |
| 38-12 | Picture of Arevalo | | |
| 38-13 | Picture of Arevalo with firearms | | |
| 38-14 | Picture of Arevalo and message sent by Arevalo | | |
| 38-15 | Pages 227-278 | | |

| 38-16 | Page 579 | | |
|---|---|---|---|
| 38-17 | Pages 703-707 | | |
| 38-18 | Pages 898-907 | | |
| 38-19 | Pages 1134-1140 | | |
| 38-20 | Page 1842 | | |
| 38-21 | Pages 1490-1491 | | |
| 38-22 | Pages 1868-1869 | | |
| 38-23 | Pages 1945 – 1946 | | |
| 38-24 | Pages 2160 – 2161 | | |
| 38-25 | Pages 2256 – 2263 | | |
| 38-26 | Pages 2453 – 2454 | | |
| 38-27 | Pages 1541 – 1720 | | |
| 38-28 | Page 1842 | | |
| **MANILESTER ANDRADE RIVAS INTERVIEW** | | | |
| 39A- 39R | Disc containing audio files of interview with Manilester Andrade Rivas | | |
| 39O-1 – 39R-1 | Disc containing audio files with subtitles of interview with Manilester Andrade Rivas | | |
| 39-A1 through 39-R1 | Transcripts of interview clips | | |
| 39-2 | Manilester Andrade Rivas Waiver dated October 8, 2020 | | |
| 39-2A | English version of waiver | | |
| **DECEMBER 18, 2019 CONTROLLED PURCHASE** | | | |
| 40 | Cocaine* | | |
| 40-1A to 40-1B | Photographs | | |
| 40-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03298 dated July 6, 2023 | | |

| | | | |
|---|---|---|---|
| 40-3A | Disc containing audio of controlled purchase | | |
| 40-3B | Disc containing audio clip of controlled purchase | | |
| 40-4 | Translation of controlled purchase dated April 18, 2023 | | |
| **JANUARY 30, 2020 CONTROLLED PURCHASE** | | | |
| 42 | Cocaine* | | |
| 42-1A to 42-1D | Photographs | | |
| 42-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03303 dated July 6, 2023 | | |
| 42-3A | Disc containing audio of controlled purchase | | |
| 42-3B | Disc containing audio of controlled purchase | | |
| 42-3C | Disc containing audio of controlled purchase | | |
| 42-3D | Disc containing audio clip of controlled purchase | | |
| 42-3D1 | Still image from audio clip of controlled purchase | | |
| 42-4 | Translation of controlled purchase dated April 5, 2023 | | |
| **FEBRUARY 13, 2020 CONTROLLED PURCHASE** | | | |
| 43 | Cocaine* | | |
| 43-1A | Photograph | | |
| 43-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03305 dated July 6, 2023 | | |
| 43-3A | Disc containing audio of controlled purchase | | |
| 43-3B | Disc containing audio of controlled purchase | | |
| 43-3C | Disc containing audio of controlled purchase | | |
| 43-3D | Disc containing audio of controlled purchase | | |
| 43-3E | Disc containing audio of controlled purchase | | |
| 43-3F | Disc containing audio of controlled purchase | | |

| | | | |
|---|---|---|---|
| 43-3G | Disc containing audio of controlled purchase | | |
| 43-3H | Disc containing audio of controlled purchase | | |
| 43-3I | Disc containing audio clip of controlled purchase | | |
| 43-4 | Translation of controlled purchase dated July 26, 2023 | | |
| **FEBRUARY 15, 2020 CONTROLLED PURCHASE** | | | |
| 44 | Cocaine* | | |
| 44-1A to 44-1D | Photographs | | |
| 44-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03306 dated July 7, 2023 | | |
| **FEBRUARY 17, 2020 CONTROLLED PURCHASE** | | | |
| 45 | Cocaine* | | |
| 45-1A to 45-1D | Photographs | | |
| 45-2 | Chemical Analysis Report dated July 6, 2023 | | |
| 45-3A | Disc containing audio of controlled purchase | | |
| 45-3B | Disc containing audio clip of controlled purchase | | |
| 45-4 | Translation of controlled purchase dated July 20, 202 | | |
| **FEBRUARY 27, 2020 CONTROLLED PURCHASES** | | | |
| 46 | Cocaine* | | |
| 46A | Firearm* | | |
| 46B | Firearm* | | |
| 46C | Ammunition* | | |
| 46D | Ammunition* | | |
| 46-1A to 46-1B | Photographs | | |
| 46-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03308 dated July 6, 2023 | | |

| | | | |
|---|---|---|---|
| 46-3A | Disc containing audio of controlled purchase | | |
| 46-3B | Disc containing audio clip of controlled purchase | | |
| 46-4 | Translation of controlled purchase dated April 15, 2023 | | |
| **FEBRUARY 29, 2020 CONTROLLED PURCHASE** | | | |
| 47 | Cocaine* | | |
| 47-1A to 47-1D | Photographs | | |
| 47-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03312 dated July 6, 2023 | | |
| **MARCH 5, 2020 CONTROLLED PURCHASE** | | | |
| 48 | Cocaine* | | |
| 48-1A to 48-1D | Photographs | | |
| 48-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03313 dated July 6, 2023 | | |
| 48-3A | Disc containing video of controlled purchase | | |
| 48-3B | Disc containing video of controlled purchase | | |
| 48-3C | Disc containing video clip of controlled purchase | | |
| 48-4 | Translation of controlled purchase dated April 13, 2023 | | |
| **MARCH 10, 2020 CONTROLLED PURCHASE** | | | |
| 49 | Cocaine* | | |
| 49-1A to 49-1D | Photographs | | |
| 49-2 | Chemical Analysis Report for LIMS 2020-SFL3-03315 dated July 6, 2023 | | |
| **MARCH 11, 2020 CONTROLLED PURCHASE** | | | |
| 50 | Cocaine* | | |
| 50-1A to 50-1B | Photographs | | |
| 50-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03314 dated July 6, 2023 | | |

| | | | |
|---|---|---|---|
| 50-3A | Disc containing audio of controlled purchase | | |
| 50-3B | Disc containing audio of controlled purchase | | |
| 50-3C | Disc containing audio of controlled purchase | | |
| 50-3D | Disc containing audio clip of controlled purchase | | |
| 50-4 | Translation of controlled purchase dated July 10, 2023 | | |
| **APRIL 9, 2020 CONTROLLED PURCHASE** | | | |
| 51 | Cocaine* | | |
| 51- 1A to 51-1G | Photographs | | |
| 51-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03316dated July 6, 2023 | | |
| 51-3A | Disc containing audio of controlled purchase | | |
| 51-3B | Disc containing audio clip of controlled purchase | | |
| 51-4 | Translation of controlled purchase dated April 13, 2023 | | |
| **MAY 7, 2020 CONTROLLED PURCHASE** | | | |
| 52 | Cocaine* | | |
| 52-1A to 52-1H | Photographs | | |
| 52-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-03319 dated July 6, 2023 | | |
| 52-3A | Disc containing audio of controlled purchase | | |
| 52-3B | Disc containing audio of controlled purchase | | |
| 52-3C | Disc containing audio clip of controlled purchase | | |
| 52-3C1 | Still Image from audio clip of controlled purchase | | |
| 52-4 | Translation of controlled purchase dated July 20, 2023 | | |
| 52-5 | Orange Easter Egg and Bag* | | |

| JUNE 19, 2020 CONTROLLED PURCHASE | | | |
|---|---|---|---|
| 54 | Cocaine* | | |
| 54A | Firearm* | | |
| 54-1A to 54-1I | Photographs | | |
| 54-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-05989 dated July 7, 2023 | | |
| JUNE 25, 2020 CONTROLLED PURCHASE | | | |
| 55 | Cocaine* | | |
| 55-1A to 55-D | Photographs | | |
| 55-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-05990 dated July 6, 2023 | | |
| 55-3A | Disc containing audio of controlled purchase | | |
| 55-3B | Disc containing audio clip of controlled purchase | | |
| 55-4 | Translation of controlled purchase dated April 18, 2023 | | |
| AUGUST 26, 2020 CONTROLLED PURCHASE | | | |
| 56 | Cocaine* | | |
| 56-1A to 56-1G | Photographs | | |
| 56-2 | Chemical Analysis Report for LIMS No. 2020-SFL3-05992 dated July 6, 2023 | | |
| 56-3A | Disc containing audio of controlled purchase | | |
| 56-3B | Disc containing audio clip of controlled purchase | | |
| 56-4 | Translation of controlled purchase dated April 18, 2023 | | |
| 56-5* | Cup With Lid | | |
| PLEA AGREEMENTS | | | |
| 57A | ▮▮▮▮▮▮▮▮ Plea Agreement | | |

| | | | |
|---|---|---|---|
| 57B | ▇▇▇▇▇▇▇ Plea Agreement Addendum | | |
| 58A | ▇▇▇▇▇▇▇ Plea Agreement | | |
| 58B | ▇▇▇▇▇▇▇ Plea Agreement Addendum | | |
| 59A | ▇▇▇▇▇ Plea Agreement | | |
| 59B | ▇▇▇▇▇ Plea Agreement Addendum | | |
| 60A | ▇▇▇▇▇▇▇ Plea Agreement | | |
| 60B | ▇▇▇▇▇▇ Plea Agreement Addendum | | |
| **NISSAN ALTIMA GPS TRACKER DATA** | | | |
| 61A – 61E | Disc Containing Keyly Guzman GPS Tracker Location Files | | |
| 61F | Consolidated Spreadsheet of GPS Tracker Data | | |
| **T-MOBILE PING HITS** | | | |
| 62-1 | Location Activation Pings for 571-427-5493 (T-Mobile) | | |
| **MOTEL 6 RECEIPT** | | | |
| 63-1 | Certificate of authenticity dated June 29, 2023 | | |
| 63-2 | Motel 6 receipt dated September 24, 2019 – September 10, 2020 | | |
| **T-MOBILE RECORDS** | | | |
| 65-1 | Certificate of Authenticity dated December 22, 2021 | | |
| 65-2 | T-Mobile records for 240-877-6496 dated December 20, 2021 | | |
| 65-3 | T-Mobile records for 202-760-9711 dated December 20, 2021 | | |
| **WESTERN UNION RECORDS** | | | |
| 66-1 | Certificate of Authenticity dated September 18, 2023 | | |
| 66-2 | Disc Containing Western Union results | | |

| 66-3 | Disc Containing Western Union results | | |
|---|---|---|---|
| **CAST REPORT** | | | |
| 67-1 | Cast Report dated September 12, 2023 | | |
| **DRUG REPORTS AND CORRESPONDING DRUGS** | | | |
| 68F | Chemical Analysis Report for LIMS No. 2020-SFL3-03309 dated July 7, 2023 | | |
| 68F-1 | Cocaine* | | |
| **CURRICULUM VITAE** | | | |
| 70-1 | Detective Ricardo Guzman | | |
| 70-2 | Language Analyst Sandra D'Sa | | |
| 70-3 | Meghan Kessler, D.O. | | |
| 70-4 | Jocelyn Sutton Posthumus, M.D. | | |
| 70-5 | Senior Forensic Chemist Jeffrey Lamb | | |
| 70-6 | Special Agent Ryan C. Lamb | | |
| 70-7 | Special Agent Christopher A. Ford | | |
| 70-8 | Master Detective Joshua M. Peters | | |
| 70-9 | Analyst Daniel S. Iannotti | | |
| 70-10 | Supervisory Special Agent Mark J. Grado | | |
| 70-11 | Special Agent Gabriella M. Mancini | | |
| 70-12 | Special Agent Andrew Kochy | | |
| 70-13 | Forensic Scientist Supervisor Cara McCarthy | | |
| 70-14 | Supervisory Special Agent Matthew J. Wilde | | |
| 70-15 | Senior Forensic Chemist Ross Gordon | | |

| PHOTOS OF CO-CONSPIRATORS | | | |
|---|---|---|---|
| 71-1 | Picture of Marvin Menjivar Gutierrez | | |
| 71-2 | Picture of Melvin Canales Saldana | | |
| 71-3 | Picture of Jairo Aguilera Sagastizado | | |
| 71-4 | Picture of Cristian Arevalo Arias | | |
| 71-5 | Picture of Carlos Turcios Villatoro | | |
| 71-6 | Picture of Abner Molina Rodriguez | | |
| 71-7 | Picture of Wilmer Cabrera Rivera | | |
| 71-8 | Picture of Keyly Guzman | | |
| 71-9 | Picture of Manilester Andrade Rivas | | |
| 71-10 | Picture of Nathalie Williams | | |
| 71-11 | Picture of Mario Guevara Rivera | | |
| 71-12 | Picture of Juan Vasquez Reyes | | |
| **PHOTOS OF DECEDENTS** | | | |
| 72-1 | Photograph of Milton Beltran Lopez | | |
| 72-2 | Photograph of Jairo Mayorga | | |
| 72-3 | Photograph of Eric Lanier Tate | | |
| 72-4 | Photograph of Antonio Smith | | |
| **PHONE TABLE** | | | |
| 73 | Phone Table Chart | | |
| **MS-13 Rand Structure** | | | |
| 74 | Common MS-13 Rank Structure | | |

| Summary Charts | | | |
|---|---|---|---|
| 75 | Controlled Purchase Summary Chart | | |
| **Charts** | | | |
| 76A | Face/Name Chart | | |
| 76B | Face/Name/Moniker Chart | | |
| **Stipulations** | | | |
| 77 | Stipulation Regarding Cocaine | | |
| 78 | Stipulation Regarding Electronic Device Evidence | | |

\* Physical evidence will be brought to Court the first day of trial.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:         /s/
John C. Blanchard
Maureen Cain
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980
Email: john.blanchard@usdoj.gov

Matthew K. Hoff
Department of Justice Trial Attorney
Violent Crime and Racketeering Section

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2024, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system.

_____/s/_____

John C. Blanchard
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700
Facsimile (703) 299-3980
Email: john.blanchard@usdoj.gov
